# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

ELIZABETH BENOTTI, e al.,                )
                                          )
                                          )
           Plaintiffs,                    )
                                          )
v.                                        )        No. 4:26-cv-00188-DGK
                                          )
LOCKTON, INC., et al.,                    )
                                          )
           Defendants.                    )

## ORDER DENYING MOTION TO TRANSFER

This is an ERISA case. Plaintiff Elizabeth Benotti, individually and on behalf of the Lockton, Inc., 401(k) Plan and a class of similarly situated participants and beneficiaries of the Plan, alleges breaches of fiduciary duties and other violations of ERISA, 29 U.S.C. § 1001, *et seq.*, against Defendants Lockton, Inc., and Does 1–30.

Now before the Court is Plaintiff's motion to transfer this case to the Honorable Stephen Bough. ECF No. 3. Defendants oppose the motion. ECF No. 9. This case was originally assigned to the Honorable Fernando Gaitan and has since been randomly reassigned to the undersigned. *See* ECF No. 16.

The Local Rules require the Clerk of the Court to assign cases randomly. *See* Local Rule 83.9(a). The Local Rules also require transfer of a case if it is "related to another case filed in the District." *Id.* 83.9(c)(4). In general, a case is "related" to another case for purposes of transfer when the cases involve "the same principal defendant, the same cause of action, and similar factual allegations." *In re BellSouth Corp.*, 334 F.3d 941, 951 (11th Cir. 2003).

Plaintiff argues her case is related to *Doll et al v. Evergy Inc., et al*, No. 4:25-cv-00043-SRB (W.D.Mo., filed Jan. 22, 2025), which is before Judge Bough, because the facts, allegations,

and legal issues are similar. The cases involve different parties, however, as Plaintiff acknowledges. As such, the cases are not related for purposes of transfer.

Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Date:   June 11, 2026                     /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT